UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI WILLINGHAM AND ANTWANN SIMPSON, ON BEHALF OF THEMSELVES, AND A CLASS OF SIMILARLY SITUATED PERSONS,<br><br>Plaintiffs,<br><br>v.<br><br>KKR REAL ESTATE TRUST, INC; MACK REAL ESTATE GROUP, INC.; MACK PROPERTY MANAGEMENT, LP; POST BROTHERS APARTMENTS and POST COMMERCIAL REAL ESTATE, LLC,<br><br>Defendants. | CIVIL ACTION No. 2:23-cv-02640 |

**CORPORATE DISCLOSURE STATEMENT FOR
<u>POST COMMERCIAL REAL ESTATE LLC</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, nongovernmental corporate defendant Post Commercial Real Estate LLC[1] is a wholly owned subsidiary of Post Brothers Holdings LLC and no publicly held corporation owns 10% or more of its stock or its

---

[1] The entity Plaintiffs sued, "Post Brothers Apartments," does not exist. Therefore, this Disclosure is submitted only on behalf of Post Commercial Real Estate LLC.

parent company's stock.

                    */s/ Matthew A. White*
                    Matthew A. White
                    whitema@ballardspahr.com
                    Erin L. Fischer
                    fischere@ballardspahr.com
                    **BALLARD SPAHR LLP**
                    1735 Market Street, 51st Floor
                    Philadelphia, PA  19103
                    Telephone: 215-864-8849
                    Facsimile: 215-864-8999

                    *Attorneys for Defendant Post Commercial Real Estate LLC*

Dated:  July 13, 2023

## CERTIFICATE OF SERVICE

I certify that on July 13, 2023, a true and correct copy of the foregoing Corporate Disclosure Statements was or will be served via U.S. Mail, postage paid, and/or Electronic Mail upon the following individuals:

**ABRAMSON & DENENBERG, P.C.**
Alan Denenberg, Esquire
David Denenberg, Esquire
1315 Walnut Street, Suite 500
Philadelphia, PA 19107

**SHUB & JOHNS LLC**
Jonathan Shub, Esquire
Benjamin F. Johns, Esquire
Samantha E. Holbrook, Esquire
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428

*Attorneys for Plaintiff*

**REED SMITH LLP**
Wayne C. Stansfield, Esq.
James L. Rockney, Esq. (admission pending)
Mark W. Fidanza, Esq.
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

*Counsel for Defendants KKR Real Estate Select Trust, Inc.(improperly named as KKR Real Estate Trust, Inc.); Mack Real Estate Group, LLC (improperly named as Mack Property Management, Inc.); and Mack Property Management, L.P.*

Dated: July 13, 2023

*/s/ Matthew A. White*
Matthew A. White

3