IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI WILLINGHAM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KKR REAL ESTATE TRUST, INC., et al.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 23-2640-KSM |

# ORDER

**AND NOW**, this 28th day of July 2023, upon consideration of Defendant's Unopposed Motion for Admission *Pro Hac Vice* of James L. Rockney, Esquire (Doc. No. 12), and for good cause shown, it is **ORDERED** that the motion is **GRANTED** and James L. Rockney, Esquire, is admitted *pro hac vice* to appear before this Court and participate in this action on behalf of Defendants, KKR Real Estate Select Trust, Inc. (improperly named KKR Real Estate Trust, Inc.), Mack Real Estate Group, LLC (improperly named as Mack Real Estate Group, Inc.); and Mack Property Management, L.P.[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.

---

[1] To register for ECF in the Eastern District please go to the Court's website at https://www.paed.uscourts.gov/nextgen-cmef