IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI WILLINGHAM AND ANTWANN SIMPSON, ON BEHALF OF THEMSELVES, AND A CLASS OF SIMILARLY SITUATED PERSONS,<br><br>Plaintiffs,<br><br>v.<br><br>KKR REAL ESTATE TRUST, INC; MACK REAL ESTATE GROUP, INC.; MACK PROPERTY MANAGEMENT, LP; POST BROTHERS APARTMENTS and POST COMMERCIAL REAL ESTATE, LLC,<br><br>Defendants. | CIVIL CLASS ACTION<br><br>No. 2:23-cv-02640-KSM |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS KKR REAL ESTATE TRUST, INC., MACK REAL ESTATE GROUP, INC., AND MACK PROPERTY MANAGEMENT, L.P. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Plaintiffs hereby submit this notice of voluntary dismissal without prejudice solely as to their claims against Defendants KKR Real Estate Trust, Inc., Mack Real Estate Group, Inc., and Mack Property Management, L.P. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**SHUB & JOHNS LLC**

*/s/ Jonathan Shub*
Jonathan Shub, Esquire
Benjamin F. Johns, Esquire
Samantha E. Holbrook, Esquire
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428

- 2 -

ABRAMSON & DENENBERG, P.C.
Alan Denenberg, Esquire
David Denenberg, Esquire
1315 Walnut Street, Suite 500
Philadelphia, PA 19107

*Attorneys for Plaintiffs*

Dated: August 22, 2023

**APPROVED AND SO ORDERED:**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.