## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI WILLINGHAM, ANTWANN SIMPSON AND TYLIAH PHILLIPS, ON BEHALF OF THEMSELVES, AND A CLASS OF SIMILARLY SITUATED PERSONS, <br><br> Plaintiffs, <br><br> v. <br><br> POST BROTHERS APARTMENTS and POST COMMERCIAL REAL ESTATE LLC, <br><br> Defendants. | CIVIL ACTION NO. 23-2640-KSM |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(l)(A), Plaintiffs Ali Willingham, Antwann Simpson, and Tyliah Phillips (collectively, "Plaintiffs"), respectfully files this notice of voluntary dismissal of their claims without prejudice.


Dated: November 6, 2023                 Respectfully submitted,

**SHUB & JOHNS LLC**

*/s/ Jonathan Shub*
Jonathan Shub, Esquire
Benjamin F. Johns, Esquire
Samantha E. Holbrook, Esquire
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428

**ABRAMSON & DENENBERG, P.C.**
Alan Denenberg, Esquire
David Denenberg, Esquire
1315 Walnut Street, Suite 500
Philadelphia, PA 19107

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Jonathan Shub
Jonathan Shub